UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH ALFARANO,

    Plaintiff,

v.                                                    Case No: 8:19-cv-2022-T-30CPT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Christopher P. Tuite (Dkt. 33) and Plaintiff's Objections to the Report and Recommendation (Dkt. 34).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 33) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is AFFIRMED.

3. The Clerk is directed to enter judgment in favor of the Defendant.

4.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of August, 2020.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record